15700-5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 12-84292 |
| ULS, INC., | ) | Hon. Thomas M. Lynch |
| | ) | Hearing Date: |
| Debtor.) | ) | March 20, 2013; 9:30 a.m. |

## ORDER GRANTING ROUTINE MOTION TO CONDUCT RULE 2004 EXAMINATION

This cause coming before the Court on the Routine Motion to Conduct Rule 2004 Examination of 127 North Walnut Partners, LLC, the Court having jurisdiction and being fully advised in the premises:

IT IS HEREBY ORDERED:

1. 127 North Walnut Partners, LLC's Motion to Conduct Rule 2004 Examination is granted.

2. 127 North Walnut Partners, LLC is authorized to request the following documents from ULS, Inc. in the manner prescribed by Rule 2004(c):

    All documents relating in any way to the settlement of the case of *Cincinnati Insurance Co. v. ULS, Inc. and 127 N. Walnut Partners, LLC*, Case Number 1:11-cv-6904, in the U.S. District Court for the Northern District of Illinois.

3. 127 North Walnut Partners, LLC is authorized to request the following documents from Cincinnati Insurance Company in the manner prescribed by Rule 2004(c):

    All documents relating in any way to the settlement of the case of *Cincinnati Insurance Co. v. ULS, Inc. and 127 N. Walnut Partners, LLC*, Case Number 1:11-cv-6904, in the U.S. District Court for the Northern District of Illinois.

4. 127 North Walnut Partners, LLC is authorized to conduct the examination under oath of corporate representatives of ULS, Inc. and Cincinnati Insurance Company as necessary to ascertain the terms and conditions of the settlement.

Enter: _____

**MAR 20 2013**

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: March _____, 2013

**Prepared by:**

Thomas A. Christensen
HUCK BOUMA PC
1755 South Naperville Road
Suite 200
Wheaton, IL 60189
(630) 221-1755
ARDC No. 6215881
Counsel for 127 North Walnut Partners, LLC

R:\15000s\15700-15799\15700-5\Pleadings\130307 - Order Granting Routine Motion.wpd